**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sherman Eugene VAUGHN, Defendant–Appellant.**

**No. 08–7934.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 9, 2008.

Decided: Dec. 22, 2008.

Sherman Eugene Vaughn, Appellant Pro Se. Tracy Doherty–McCormick, Daniel Joseph Grooms, III, Assistant United States Attorneys, Stephen Andrew Sola, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherman Eugene Vaughn appeals from the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Vaughn,* No. 1:06–cr–00067–CMH–1 (E.D.Va. filed Aug. 25, 2008; entered Aug. 26, 2008). We deny Vaughn's motion for a stay pending appeal and his motion to remand this case to the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*